# EXHIBIT A

HOME　　ABOUT US　　THE WORK　　CONCEPTUS　　88

+ IN THE PRESS　　CONTACT

# EZCLZIV SCLUZAY

**EZCLZIV/SCLUZAY** is a consortium of private investors that operate in a partnership framework to fund clandestine ventures in art, science and eco-tourism.

Our founders, consultants and investors are active across a variety of sectors like energy, finance, technology and manufacturing.

From 2009 until its sale in 2015, **EZCLZIV/SCLUZAY** fully funded and co-coordinated the creation of the world's first single copy album 'Once Upon A Time In Shaolin...' by the Wu-Tang Clan and producer Cilvaringz.

**EZCLZIV/SCLUZAY** continues to fund and support innovative projects in creative spaces across the US, Europe and MENA.



HOME     ABOUT US     THE WORK     CONCEPTUS     88

+ IN THE PRESS     CONTACT



#NORULES

SCLUZAY presents Once Upon A Time In Shaolin… a Wu-Tang Clan album of which only one single copy exists.

The album, consisting of 31 new tracks exclusively recorded by the entire Wu-Tang Clan encapsulates the Clan's legendary sound and is produced in the original Wu-Tang style of the 90s. This is the first high-profile album never to be commercially released to the public and the first of its kind in the history of music.

It includes guest appearances by Cher, Redman, Game Of Thrones actress Carice Van Houten, FC Barcelona soccer players and a unique tapestry of Wu-Tang affiliated guest performers. The album's concept was conceived by Wu-Tang producer Tarik "Cilvaringz" Azzougarh in 2007. It was produced and recorded in secret over a period of six years by Cilvaringz under the guidance of Clan founder The RZA.

The sole existing exemplar of Once Upon A Time In Shaolin… was sold through the New York auction house Paddle 8 on October 8th, 2015 to pharmaceutical entrepreneur Martin Shkreli for a reported sum of 2 Million Dollars, making it the single most expensive musical work ever sold in the history of music, certified by the Guinness Book Of World Records.

It was presented in a hand carved nickel-silver casing designed by the British Moroccan artist Yahya and accompanied by a gold leafed certificate of authenticity, a pair of customized PMC MB2-XBD speakers worth $55.000 and a 174 page volume containing lyrics, credits and anecdotes on the production and recordings of each song. It may not be released to the public until the year 2103.

The inside story behind Once Upon A Time In Shaolin was released on July 11th, 2017 by Flatiron/Macmillan and is written by the author Cyrus Bozorgmehr who served as a senior advisor to the project.

The book rights and Cilvaringz's life story rights were both purchased in 2016 by Netflix and Brad Pitt's multiple Oscar winning production company *Plan B Entertainment*.

From March 2018 until July 2021, the album remained in the ownership of the United States Department Of Justice as part of an asset forfeiture of Martin Shkreli's possessions following a 7.36 Million dollar judgement and a six year federal prison sentence for securities fraud.

In July 2021 the US Government resold the album with a minted deed of ownership NFT attached to cryto art collective PleasrDAO for a total of 4 Million USD.

The album broke its own record as the most expensive work of music ever sold and became the most expensive music NFT to date.

HOME     ABOUT US     THE WORK     CONCEPTUS     88

+ IN THE PRESS     CONTACT

ELUZIV
SCLUZAY

**SINCE TIME IMMEMORIAL**

History demonstrates that great musicians such as Bach, Beethoven and Mozart were held in profoundly high esteem. They were considered sublime artists and masters of exploring emotion. Their work forged windows into the most elusive elements of the human experience. And yet in our time, music is no longer perceived in the same way.

Perhaps it is our cultural attitudes to modern music that have cast it as something to be consumed. The complacency of no holds barred access and the saturation wrought by technology's erosion of challenges. Mass replication has fundamentally changed the way we view a piece of recorded music, while digital universality and vanishing physicality have broken our emotional bond with a piece of music as an artwork and a deeply personal treasure.

By adopting an approach to music that traces its lineage back through The Enlightenment, the Baroque and the Renaissance, we hope to reawaken age old perceptions of music as truly monumental art. In doing so, we hope to inspire and intensify urgent debates about the future of music, both economically and in how our generation experiences it. We hope to steer those debates toward more radical solutions and provoke questions about the value and perception of music as a work of art in today's world.

Cilvaringz & The RZA
Wu-Tang Clan