# EXHIBIT C

5/9/24, 4:38 PM
Most valuable album | Guinness World Records
Case 1:24-cv-04126-PKC-MMH    Document 4-4    Filed 06/10/24    Page 2 of 2 PageID #: 96



RECORDS  SPOTLIGHT  BOOKS  BUSINESS SOLUTIONS  NEWS  ABOUT US

  

# Most valuable album



**Related Articles**



Behind the Scenes: How music lover turned his passion into a career with GWR

Share     

**Who**
WU-TANG CLAN

**Where**
MOROCCO (MARRAKESH)

**When**
02 DECEMBER 2014

Described as the "first ever private music album" and "a piece of contemporary art", a single copy of hip-hop collective Wu-Tang Clan's (USA) Once Upon a Time in Shaolin... album was manufactured at a cost of about $3 million (£1.9 million) and offered exclusively to one buyer, in what was considered a revolutionary new business model for the music industry. As of 2 December 2014, the 31-track, 128-minute double album, six years in the making and featuring a "unique tapestry of guest performers" including Cher, Redman and soccer players from Barcelona FC, had reportedly attracted bids of up to $5 million (£3.1 million), with the sole copy housed "in a box within a box within a box" at a secret location in Marrakesh, Morocco.

Records change on a daily basis and are not immediately published online. For a full list of record titles, please use our Record Application Search. (You will need to register / login for access)

Comments below may relate to previous holders of this record.

0 comments                                    Sort by Newest