# EXHIBIT F

5/15/2024 3:34:24 PM
https://www.facebook.com/martinshkr /posts/10101570221131225



**Martin Shkreli**
July 27, 2017

My case is a silly witch hunt perpetrated by self-serving prosecutors. Thankfully my amazing attorney sent them back to junior varsity where they belong. Drain the swamp. Drain the sewer that is the DOJ. MAGA.

 623    154 comments   24 shares

👍 Like    💬 Comment

5/15/2024 3:38:24 PM
https://www.facebook.com/martinshkr/ posts/10101607387838845



**Martin Shkreli**
September 5, 2017

I am selling the Wu-Tang Clan album. Fuck Wu-Tang.



EBAY.COM
**Wu-Tang Clan: Once Upon A Time In Shaolin - Rare CDs! | eBay**
Wu-Tang Clan: Once Upon A Time In Shaolin - Rare CDs! | Books, Other Books | eBay!

 2.5K          632 comments  544 shares

👍 Like          💬 Comment          ➡ Share



 **Martin Shkreli**
September 7, 2017 · New York, NY

Fuck the government. I will never kiss their ring or snitch. Come at me with your hardest because I haven't seen anything impressive yet.

👍❤️😃 959                                             83 comments  70 shares

👍 Like                                                      💬 Comment

5/15/2024 3:41:29 PM
https://www.facebook.com/ martinshkr/posts/10101973940883605

 **Martin Shkreli**
December 9, 2018

The insecure bureaucrats at the EDNY are at it again, arresting a well-respected Chinese CFO in an attempt to calm what is clearly an organizational inferiority complex. The government's "law enforcement" apparatus (a Police State-Leviathan) is out of control. Aren't there enough American criminals? Do we really have to expand to China, telling Chinese companies what they can and can't do? The arrogance of those who desperately desire power and will hammer anything into a nail with no poise or regard for common sense is harmful to our country. We have more people incarcerated per capita than anywhere on planet earth. Cut the DOJ in half and force prosecutors to focus on crimes that matter. Not "frauds" with 5x returns (my case), "violent drug dealers" (50%+ of those incarcerated), or Chinese doing business in Iran.
  What else? Hire judges who aren't former prosecutors. Don't let the government "go first" in presenting their case, and "go twice" in closing arguments. Make jury instructions simple. Let juries weigh in on punishment. We need serious reform--the legal system is far from perfect and experimentation is what democracy is all about. We change our healthcare system faster than dirty underwear, but structural changes to criminal justice are quite slow. I certainly didn't want to be a part of this "movement", but I happily join Meek Mill and the millions of other felons (and their loved ones) who are scratching their heads at the state of affairs we find ourselves in.

(posted by a friend)

👍❤️ 175                                                17 comments  15 shares

👍 Like                                    💬 Comment

5/15/2024 3:43:52 PM
https://www.facebook.com/martinshkr/posts/10102010190658765

 Martin Shkreli
January 25, 2019

Memo to Roger Stone Jr.

Jail is not that bad. Play cards and trade war stories all day. Fight the case if you want, but the system is so rigged, it's probably better to make a polite mockery of the "justice" system than hang on to the 1% chance you can beat illegal Brady suppression, FBI coercion, jury "instructions", two prosecutor closing statements, media leaks and trial-by-public-opinion, FBI agents getting to take the witness stand, etc. "A crime a day" is a good resource to see how easy it is for the malefactors that be to find a "crime" you've committed. After all, you're joining 70 million US citizens who share the honorable distinction of criminal, including yours truly. Here is hoping a supra-judiciary entity will intervene in your case.

Love,
Martin Shkreli

P.S. Never, ever, ever snitch.

(posted by a friend)



430                                                30 comments  45 shares

👍 Like                                    💬 Comment