# EXHIBIT G

 

**Welcome, Creators**  **How things work**  **Top questions**

# Live streaming on YouTube

Create in-the-moment experiences, build a community with your fans in real time, and more with YouTube Live. Whether you want to teach a class, host a workshop, or show off your gaming skills, share your passion with the world by bringing your viewers along for the ride.

Creators pictured clockwise from top: The Coding Train, cbgray, DjMaRii0



 **YouTube Creators**    Welcome, Creators    How things work    Top questions

## Why go live on YouTube?

It's now easier than ever to build and grow your community on YouTube Live. From creating connections to sharing a peek behind the scenes, Live unlocks new opportunities to reach your audience instantly.



### Connect

Say hello to real-time connection with fans and goodbye to overly long video editing sessions.

[Get started with streaming](#)

[Get Creator Tips for why you should go live](#)



### Reach

Widen your reach beyond a single live stream by posting key moments from your streaming sessions as longform Videos on Demand (VOD) or Shorts. Use Clips to share with your wider audience off YouTube.

[Learn how to create and share clips from your live stream](#)



### Earn

Live streaming on YouTube offers multiple ways to build your business, with monetization options like Advertising Revenue, Super Chat & Super Stickers, and Channel Memberships—



Welcome, Creators    How things work    Top questions

Learn how to make money on YouTube



## Analyze

Understand your stream's performance to help grow and retain your Live audience with metrics right at your fingertips. See your top live streams, how viewers are finding your content, and more with YouTube Studio Analytics.

Explore analytics in the YouTube Studio app

## Discovering live streams

Viewers can find the most compelling live events, subscribe to their favorite live streaming channels, and get notifications for upcoming live streams and Premieres through our browsing destination for Live and Gaming.



**Welcome, Creators**   **How things work**   **Top questions**



**Exploring Live**

 **YouTube Creators**

**Welcome, Creators**    **How things work**    **Top questions**

---

Tips for performance                                                    ⌄

## Diving into live streaming

Whether you're gaming, performing, or hosting, connecting with your audience is even more accessible with YouTube Live.



Intro To Live Streaming on YouTube

Getting started                                                         ⌄

Ways to go Live                                                         ⌄

Building your community                                                 ⌄

 YouTube Creators    Welcome, Creators    How things work    Top questions

## Tips & troubleshooting

Worried about running into issues? Check out our live streaming checklist for step-by-step guidance on getting your live streams out into the world.

View the live streaming checklist

Learn more about streaming error messages

Review potential copyright issues

Get Creator Tips for your upload schedule



## Earning money from your live streams

From enabling ads to utilizing the Super Chat feature, there's a variety of ways for you to earn money through Live.

  

Welcome, Creators    How things work    Top questions

YouTube Partner Program: How to Make Money on YouTube

YouTube Partner Program

Selecting how you monetize

Enabling monetization

## Understanding audience analytics

When live streaming on YouTube, you can easily monitor your stream's performance from your phone or stream dashboard. Analytics help you understand how your live streams are performing and can help you come up with new ideas for content to grow and retain your audience.

Case 1:24-cv-04126-PKC-MMH   Document 4-8   Filed 06/10/24   Page 9 of 11 PageID #: 133

 YouTube Creators

**Welcome, Creators**     **How things work**     **Top questions**



"I love going Live with my audience every week to engage with my community. It feels like a cool gaming club people can tune into and feel safe nerding out with me for the night!"

 JazzyGuns

Live Stream Metrics

Exploring YouTube Analytics



YouTube Creators        Welcome, Creators        How things work        Top questions

Going Live is fun, but it can also be stressful. From maintaining a work-life balance to staying healthy and present, here are tips on how to develop your content strategy while prioritizing your well-being.

[More on Creator health & well-being](#)

More on staying safe on YouTube



[Those Vegan Guys](#)



Welcome, Creators    How things work    Top questions

About YouTube

Products

For Business

For Creators

Our Commitments



Policies & Safety    Copyright    Brand Guidelines    Privacy    Terms

Help    English (United States)