# EXHIBIT I





6/10/24, 11:28 AM
Martin Shkreli (e/acc) on X: "@TheDot741 @MsKerri1 here @endromloyd @04mandalorian @Wu4tanggagrl so what are you arg…

Case 1:24-cv-04126-RKC-MMH Document 4-10 Filed 06/10/24 Page 4 of 4 PageID #: 144

[X logo]

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

X User 12345
@XUser1234514179