# EXHIBIT J

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

X User 12345
@XUser1234514179

Post

**androolloyd.eth |** @androolloyd · Apr 13
If you wondered why it was so quiet on Twitter.

There's a lot of us that were listening to this.

38 31 223 37K

**JOSΞPH** @CupOJoseph · Apr 13
NOOOOOOOOOO I WANT TO BE THERE

1 7 1K

**androolloyd.eth |** @androolloyd · Apr 13
Next time

1 8 1K

**Martin Shkreli (e/acc)**
@MartinShkreli

i can just upload the mp3s if you want? email addy?

4:03 PM · Apr 13, 2024 · **152** Views

1

Post your reply
Reply

Search

**Relevant peo**

**Martin Shk**
@MartinShk
shoggoth.ai
godelnum.c
linktr.ee/ms

**androolloy**
@androollo
CEO/CTO @
prev: @asta

**JOSΞPH**
@CupOJose
In love with
Founder: @
investments
Cartel & pub
Gitcoin, Rai

**What's happe**

South
Cricke

Entertainment · Trend
**#Kalki2898AD**
361K posts

Politics · Trending
**Hamas**
640K posts

Sports · Trending
**Team USA**
37.9K posts

Gaming · Trending
**Expedition 33**
19.1K posts

Show more

Terms of Service Priv



Case 1:24-cv-04126-PKC-MMH   Document 4-1   Filed 06/10/24   Page 3 of 3 PageID #: 147

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**X User 12345**
@XUser1234514179