# EXHIBIT K

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

X User 12345
@XUser1234514179

Post

**androolloyd.eth | ⬛ |🦇🔊** @androolloyd · Apr 13
If you wondered why it was so quiet on Twitter.

There's a lot of us that were listening to this.

38 31 223 37K

**valeyo** @valeyo777 · Apr 13
You don't understand my jealousy level

2 4 579

**Martin Shkreli (e/acc)**
@MartinShkreli

just give me your email lol

4:04 PM · Apr 13, 2024 · **215** Views

1 1

Post your reply
Reply

**valeyo** @valeyo777 · Apr 13
DMs

51

Search

**Relevant peo**

**Martin Shk**
@MartinSh
shoggoth.ai
godelnum.c
linktr.ee/ms

**valeyo**
@valeyo777
Co-Founder
@union_buil
@Draper_U -

**androolloy**
@androollo
CEO/CTO @
prev: @asta

**What's happe**

**South**
Cricke

Entertainment · Trend
**#Kalki2898AD**
361K posts

Politics · Trending
**Hamas**
581K posts



