# EXHIBIT L







Messages

Case 1:24-cv-04126-PKC-MMH   Document 4-13   Filed 06/10/24   Page 5 of 6 PageID #: 155



Case 1:24-cv-04126-PKC-MMH Document 4-13 Filed 06/10/24 Page 6 of 6 PageID #: 156














Messages