# EXHIBIT M

6/10/24, 12:09 PM  Martin Shkreli (e/acc) on X: "well @pleasrdao blocked me from their account so i think i will play the album on spaces now" / X

Case 1:24-cv-04126-PKC-MMH   Document 14-14   Filed 06/10/24   Page 2 of 8 PageID #: 158





Case 1:24-cv-04126-RK-MMH   Document 1-14   Filed 06/10/24   Page 4 of 8 PageID #: 160



Case 1:24-cv-04126-RKC-MMH    Document 1-14    Filed 06/10/24    Page 5 of 8 PageID #: 161

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

X User 12345
@XUser1234514179





