# EXHIBIT A

| | |
|---|---|
| **From:** | Carnes, Rob |
| **To:** | marcus.asner@arnoldporter.com; bbrafman@braflaw.com; teny@agilawgroup.com; azellan@braflaw.com |
| **Cc:** | Cooper, Steven; Hyun, Charles P. |
| **Bcc:** | Turetsky, Ian M.; Castillo Jr., Jose A. |
| **Subject:** | PleasrDAO v. Shkreli, No. 24-cv-4126 (E.D.N.Y.) |
| **Date:** | Tuesday, June 11, 2024 12:14:00 AM |
| **Attachments:** | 2024-06-10 Civil Cover [dckt 2_0].pdf<br>2024-06-10 Unsigned Order [dckt 3_0].pdf<br>E.D.N.Y. 24-cv-04126 dckt 000001_000 filed 2024-06-10.pdf<br>Memorandum of Law in Support.pdf<br>Declaration in Support with Exhibits.pdf |

Counsel,

Our law firm represents PleasrDAO in the above-captioned action.  We understand that you have represented Martin Shkreli.  Please be advised that PleasrDAO yesterday evening filed a complaint against Mr. Shkreli in the U.S. District Court for the Eastern District of New York and is seeking a temporary restraining order against him.  Attached for your reference are the case initiation documents and temporary restraining order papers that were filed, which include:

1. Civil cover sheet;
2. Complaint;
3. Order to Show Cause for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;
4. Memorandum of Law in Support of its Application for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;
5. Declaration of Matthew Matkov in Support of PleasrDAO's Application for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;

Please let us know if you are able to accept service of these documents on Mr. Shkreli's behalf.

Thank you,
Rob



jkaplan@braflaw.com



**Rob Carnes**
Associate
Litigation - Global Commercial Disputes
rcarnes@reedsmith.com
Tel: +1 212.549.4650
*Admitted in California; New York admission pending.*

**Reed Smith**
599 Lexington Avenue

New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450

**reedsmith.com**

| | |
|---|---|
| **From:** | Carnes, Rob |
| **To:** | brianne@industrielaw.com; nbiale@shertremonte.com; kpeluso@shertremonte.com |
| **Cc:** | Cooper, Steven; Hyun, Charles P. |
| **Bcc:** | Turetsky, Ian M.; Castillo Jr., Jose A. |
| **Subject:** | PleasrDAO v. Shkreli, No. 24-cv-4126 (E.D.N.Y.) |
| **Date:** | Tuesday, June 11, 2024 12:17:00 AM |
| **Attachments:** | 2024-06-10 Civil Cover [dckt 2_0].pdf<br>2024-06-10 Unsigned Order [dckt 3_0].pdf<br>E.D.N.Y. 24-cv-04126 dckt 000001_000 filed 2024-06-10.pdf<br>Memorandum of Law in Support.pdf<br>Declaration in Support with Exhibits.pdf |

Counsel,

Our law firm represents PleasrDAO in the above-captioned action.  We understand that you have represented Martin Shkreli.  Please be advised that PleasrDAO yesterday evening filed a complaint against Mr. Shkreli in the U.S. District Court for the Eastern District of New York and is seeking a temporary restraining order against him.  Attached for your reference are the case initiation documents and temporary restraining order papers that were filed, which include:

1. Civil cover sheet;
2. Complaint;
3. Order to Show Cause for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;
4. Memorandum of Law in Support of its Application for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;
5. Declaration of Matthew Matkov in Support of PleasrDAO's Application for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting;

Please let us know if you are able to accept service of these documents on Mr. Shkreli's behalf.

Thank you,
Rob


**Rob Carnes**
Associate
Litigation - Global Commercial Disputes
rcarnes@reedsmith.com
Tel: +1 212.549.4650
*Admitted in California; New York admission pending.*

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450

**reedsmith.com**