# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PleasrDAO, an exempted foundation company,

        *Plaintiff*,

        v.

Martin Shkreli,

        *Defendant*.

------------------------------------------------------------x

Case No. 1:24-cv-04126

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Robert Carnes, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Reed Smith LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff PleasrDAO. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: June 11, 2024

/s/ Robert Carnes
Robert Carnes
REED SMITH LLP
599 Lexington Ave., 22nd Floor
New York, New York 10022
rcarnes@reedsmith.com
Tel.: (212) 549-4650