IN THE UNITED STATES DISTRICT COURT FOR THE
EAGLE DISTRICT OF NEW YORK

---------------------------------------------------------------x
PleasrDAO, an exempted foundation company,

                *Plaintiff*,

                v.

Martin Shkreli,

                *Defendant*.
---------------------------------------------------------------x

Case No. 1:24-cv-04126

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Robert Carnes, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Reed Smith LLP and submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have not been convicted of a felony nor censured, suspended, disbarred or denied admission or readmission by any court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-04126 for Plaintiff PleasrDAO.

Date: June 11, 2024
      New York, NY

Robert Carnes
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
rcarnes@reedsmith.com
(212) 549-4650

**NOTARIZED**

**JOSE RAMOS**
Notary Public, State of New York
No. 01RA6089793
Qualified in Richmond County
Commission Expires 03/31/2027