# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PleasrDAO, an exempted foundation company,

        *Plaintiff*,

        v.

Martin Shkreli,

        *Defendant*.
---------------------------------------------------------------x

Case No. 1:24-cv-04126

## AFFIDAVIT OF SERVICE

I, Robert Carnes, being duly sworn, deposes and says:

1.  In accordance with this Court's Docket Order, dated June 13, 2024, granting alternate service upon Defendant Martin Shkreli ("Defendant"), on the same date, I served a true and correct copy of the following documents upon Defendant (1) through email by sending a message attaching the documents to the email accounts martin@dl.software and contact@dl.software; and (2) through X by sending direct messages to the X accounts @MartinShkreli and @wagieeacc containing a link to download the documents:

    a. Verified Complaint (ECF No. 1);

    b. Civil Cover Sheet (ECF No. 2);

    c. Plaintiff's Proposed Order to Show Cause for Temporary Restraining Order Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting (ECF No. 3);

    d. Plaintiff's Memorandum of Law in Support of its Application for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting (ECF No. 4);

e. Declaration of Steven Cooper and Exhibit (ECF No. 5);

f. Summons (ECF No. 9); and

g. Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting (ECF No. 10).

A true and correct copy of this correspondence is attached as **Exhibit A**.

2. On June 13, 2024, after attempting to serve Defendant through Discord, I received an automated response that my "message could not be delivered" because, *inter alia*, Defendant "is only accepting direct messages from friends." A true and correct copy of this correspondence is attached as **Exhibit B**.

Date: June 14, 2024
New York, NY

Robert Carnes
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
rcarnes@reedsmith.com
(212) 549-4650

Sworn to before me on this
14th day of June, 2024

JOSE A. CASTILLO, JR.
Notary Public, State of New York
No. 01CA6356215
Qualified in New York County
Commission Expires March 27, 2025

| | |
|---|---|
| **From:** | Carnes, Rob |
| **To:** | martin@dl.software; contact@dl.software |
| **Cc:** | Cooper, Steven; Hyun, Charles P. |
| **Subject:** | PleasrDAO v. Shkreli, Case No. 1:24-cv-04126 (E.D.N.Y.) |
| **Date:** | Thursday, June 13, 2024 5:49:54 PM |
| **Attachments:** | 2024-06-13 - Docket Text Order.pdf |
| | Civil Cover Sheet.pdf |
| | Declaration of Steven Cooper with Exhibit.pdf |
| | Memorandum of Law in Support.pdf |
| | Notice of Option to Consent to Magistrate Judge Jurisdication.pdf |
| | Summons.pdf |
| | Temporary Restraining Order and Order to Show Cause.pdf |
| | Declaration of Matthew Matkov with Exhibits.pdf |
| | Verified Complaint.pdf |
| | Unsigned Order to Show Cause.pdf |

Dear Mr. Shkreli,

In accordance with the Docket Text Order dated June 13, 2024 in the above-referenced matter, this email constitutes service of the attached documents listed below:

- Summons
- Verified Complaint
- Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting
- Declaration of Matthew Matkov with Exhibits
- Declaration of Steven Cooper with Exhibit
- Notice of Option to Consent to Magistrate Judge Jurisdiction
- Civil Cover Sheet
- (Unsigned) Order to Show Cause for Temporary Restraining Order, Preliminary Injunction, Order Seizing Assets, and Order for Disgorgement and Accounting.

**Rob Carnes**
Associate
Litigation - Global Commercial Disputes
rcarnes@reedsmith.com
Tel: +1 212.549.4650
*Admitted in California; New York admission pending.*

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450

**reedsmith.com**


This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.



*Screenshot 1 - Direct message to X user @MartinShkreli on June 13, 2024 at 10:14 PM transmitting link to publicly available shared drive containing service documents (https://drive.google.com/drive/folders/1D3wQeZXcKCXSYkCBGj4IWYxmzdeTlP9D?usp=sharing)*



*Screenshot 2 - Direct message to X user @wagieeacc on June 13, 2024 at 10:13 PM transmitting link to publicly available shared drive containing service documents (https://drive.google.com/drive/folders/1D3wQeZXcKCXSYkCBGj4IWYxmzdeTlP9D?usp=sharing)*

# Exhibit B



*Screenshot 3 - Direct message to Discord user martinshkreli sent June 13, 2024 at 9:55 PM and automated response*

B-1