

**Edward Andrew Paltzik, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 516.526.0341  e edward@bochner.law  w bochner.law

June 17, 2024

**VIA ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *PleasrDAO v. Shkreli*; Case No. 1:24-cv-04126
               Letter Request to Extend Current Deadlines and Adjourn June 25 TRO Hearing

Dear Judge Chen:

      Our firm is counsel for Defendant Martin Shkreli ("Defendant") in the above referenced matter. We write with the consent of Plaintiff PleasrDAO ("Plaintiff" and, together with Defendant, the "Parties") pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice to respectfully request an extension of the current deadlines as well as an adjournment of the June 25, 2024 Show Cause Hearing. The current schedule, with the proposed extension dates, is as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Deadline to File Responsive Papers to the TRO Application | June 20, 2024 | July 18, 2024 |
| Plaintiff's Deadline to File Reply Papers for their TRO Application | June 24, 2024 | August 5, 2024 |
| In Person Show Cause Hearing | June 25, 2024 at 12pm | A date and time convenient for the Court after August 5, 2024 |
| Defendant's Deadline to Respond to Complaint | July 4, 2024 | August 15, 2024 |

      This is the first time the Parties have requested an extension of time for these deadlines and this extension will not impact any other deadlines set by the Court for this matter.

      We thank the Court for its time and attention in this matter.

                                          Respectfully submitted,

                                          /s/ Edward Andrew Paltzik
                                          Edward Andrew Paltzik, Esq.
                                          Erik J. Dykema, Esq.
                                          Serge Krimnus, Esq.
                                          *Attorneys for Defendant*