# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PleasrDAO, an exempted foundation company,

    *Plaintiff*,

v.

Martin Shkreli,

    *Defendant*.

---------------------------------------------------------------x

Case No. 1:24-cv-04126 (PKC) (MMH)

To: The clerk of court and all parties of record

  I am admitted to practice in this court, and I appear in this case as counsel for plaintiff PleasrDAO, an exempted foundation company.

| | |
|---|---|
| Dated: June 26, 2024 | Respectfully submitted, |
| | */s/ Charles P. Hyun* |
| | Charles P. Hyun (EDNY Bar No. 6095129) |
| | REED SMITH LLP<br>599 Lexington Ave., 22nd Floor<br>New York, New York 10022<br>Tel.: (212) 549-0244<br>chyun@reedsmith.com |