

**Edward Andrew Paltzik, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 516.526.0341 e edward@bochner.law w bochner.law

July 18, 2024

**VIA ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *PleasrDAO v. Shkreli*; Case No. 1:24-cv-04126
             Letter Request to Extend Current TRO Deadlines

Dear Judge Chen:

      Our firm is counsel for Defendant Martin Shkreli ("Defendant") in the above referenced matter. We write with the consent of Plaintiff PleasrDAO ("Plaintiff" and, together with Defendant, the "Parties") pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice to respectfully request an extension of the current deadlines. The current schedule, with the proposed extension dates, is as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Deadline to File Responsive Papers to the TRO Application | July 18, 1014 | July 24, 2024 |
| Plaintiff's Deadline to File Reply Papers for their TRO Application | August 5, 2024 | August 19, 2024 |
| In Person Show Cause Hearing | August 23, 2024 | Unchanged |

      This is the second time the Defendant has requested an extension of time for these deadlines and this extension will not impact any other deadlines set by the Court for this matter.

      We thank the Court for its time and attention in this matter.

                                    Respectfully submitted,

                                    /s/ Edward Andrew Paltzik
                                    Edward Andrew Paltzik, Esq.
                                    Erik J. Dykema, Esq.
                                    Serge Krimnus, Esq.
                                    *Attorneys for Defendant*