UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PleasrDAO

                      Plaintiff(s),

v.

Martin Shkreli

                      Defendant(s).

24-cv-04126

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Meredith R. Lloyd, Esq., being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Bochner PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Ohio.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

    n/a

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

    n/a

7. Attorney Registration Number(s) if applicable: 102,173
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 24-cv-04126 for Defendant Martin Shkreli.

Date 8/7/24 m2 8/8/2024
Columbus, OH

Signature of Movant
Firm Name Bochner PLLC
Address 1040 Avenue of the Americas
15th Floor
New York, NY 10018
Email meredith@bochner.law
Phone 646-971-0685

NOTARIZED

[Signature] August 8, 2024
HALEY HILL
Notary Public State of Ohio
My Comm. Expires December 12, 2028