UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PleaserDAO

                      Plaintiff,

  v.

Martin Shkreli

                      Defendant.

----------------------------------------------------------X

24-cv-04126

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
         Steven Cooper, Charles P. Hyun, and Rob Carnes

         REED SMITH LLP

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Edward Paltzik, Esq.** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Bochner PLLC** and a member in good standing of the bar(s) of the State(s) of **New York, New Jersey, and Texas**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Defendant Martin Shkreli**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 8/14/2024

Respectfully submitted,

/s/ Edward Andrew Paltzik
Signature of Movant
Firm Name Bochner PLLC
Address 1040 Avenue of the Americas, 15th Floor
        New York, NY 10018
Email edward@bochner.law
Phone (516) 526-0341