

**Edward Andrew Paltzik, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e edward@bochner.law w
bochner.law

August 30, 2024

**Via CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

      **Re:**    *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126**

Dear Judge Chen;

    This firm represents Defendant Martin Shkreli in the above-referenced action. Pursuant to this Court's August 26, 2024 Order, we respectfully submit this letter certifying that we have taken possession of the copies of *Once Upon A Time In Shaolin* (the "Musical Work") identified by Defendant in his declaration, filed on August 30, 2024 and attached hereto.

    On August 26, 2024, we advised Mr. Shkreli that this Court had issued an order requiring him to sequester and turn over all copies of the Musical Work that remained in his possession. On August 30, 2024, Mr. Shkreli certified to us and to this Court that he had searched his personal effects, including his online accounts, and had identified and transferred all copies of the Musical Work to a USB drive, which he delivered to our office.

    On August 29, 2024, we received a flash drive from Mr. Shkreli's associate which contained 15 files. We inspected the drive and its contents, and it appears to contain copies of the Musical Work.

    In keeping with this Court's order, we certify that we have taken possession of copies of the Musical Work from our client, Martin Shkreli.

    Please contact the undersigned with any questions.

                  Respectfully Submitted,

                   */s/ Edward Paltzik*
                  Edward Paltzik, Esq.
                  Erik Dykema, Esq.
                  Serge Krimnus, Esq.
                  Meredith Lloyd, Esq. (*pro hac vice*)

                  *Attorneys for Defendant*