**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| |
|---|
| PleasrDAO, |
|         Plaintiff |
|   v. |
| Martin Shkreli, |
|         Defendant |

Case No. 1-24-cv-04126-PKC-MMH

I, Martin Shkreli, hereby declare and state under penalty of perjury as follows:

1. I am the Defendant in the above-captioned action.

2. I submit this declaration in response to the Preliminary Injunction Order entered on August 26, 2024, which requires that I sequester and turn over all copies, in any form, of *Once Upon a Time in Shaolin* (the "Musical Work") to defense counsel, and file an affidavit that I no longer possess any copies, in any form, of the Musical Work. ECF 30.

3. On August 23, 2024, my attorneys advised me that the Court ordered that I turn over all copies of the Musical Work to defense counsel.

4. On August 26, 2024, my attorneys advised me that the Court had issued a written order requiring that I "sequester and turn over" all copies, in any form, of the Musical Work to my attorneys. ECF 30.

5. On August 30, 2024, I submitted a declaration to this Court indicating that I had searched my devices, electronic accounts, and other personal effects, and had identified certain copies of the Musical Work. I certified, under penalty of perjury, that I had turned over these copies to my attorneys and that I was no longer in possession of any copies of the Musical Work. I further

1

certified that in the event any copies of the Musical Work are discovered to be in my possession at a later date, I will turn them over to my attorneys.

6. To the best of my knowledge, and after conducting a reasonably diligent search, I have identified the following copies of the Musical Work:

| File Title | Location and Format |
|---|---|
| 01 – Unknown Artist – Track 1.flac | Microsoft OneDrive, FLAC audio |
| 02 – Unknown Artist – Track 2.flac | Microsoft OneDrive, FLAC audio |
| 03 – Unknown Artist – Track 3.flac | Microsoft OneDrive, FLAC audio |
| 04 – Unknown Artist – Track 4.flac | Microsoft OneDrive, FLAC audio |
| 05 – Unknown Artist – Track 5.flac | Microsoft OneDrive, FLAC audio |
| 06 – Unknown Artist – Track 6.flac | Microsoft OneDrive, FLAC audio |
| 07 – Unknown Artist – Track 7.flac | Microsoft OneDrive, FLAC audio |
| 08 – Unknown Artist – Track 8.flac | Microsoft OneDrive, FLAC audio |
| 09 – Unknown Artist – Track 9.flac | Microsoft OneDrive, FLAC audio |
| 10 – Unknown Artist – Track 10.flac | Microsoft OneDrive, FLAC audio |
| 11 – Unknown Artist – Track 11.flac | Microsoft OneDrive, FLAC audio |
| 12 – Unknown Artist – Track 12.flac | Microsoft OneDrive, FLAC audio |
| 13 – Unknown Artist – Track 13.flac | Microsoft OneDrive, FLAC audio |
| 14 – Unknown Artist – Track 14.flac | Microsoft OneDrive, FLAC audio |
| 15 – Unknown Artist – Track 15.flac | Microsoft OneDrive, FLAC audio |

7. Because of my recent time spent serving a criminal sentence, many of my personal effects were moved into storage. As a result, it is possible that I have been unable to exhaustively locate each and every copy of the Musical Work. In the event that I discover any additional copy of the Musical Work, I will promptly transfer said copy to my attorneys in the same manner as all other copies referenced here. However, as stated above, to the best of my knowledge and after a reasonably diligent search, the list in Paragraph 6 represents all copies of the Musical Work that were in my possession until approximately August 30, 2024.

8. On or before August 30, 2024, I transferred each of the copies identified in Paragraph 6 onto a USB stick, which I sent to my attorneys at the following address via hand delivery to:

> Bochner PLLC
> 1040 Avenue of the Americas, 15th Floor
> New York, NY 10018

9. On or before August 30, 2024, I deleted each of the copies identified in Paragraph 5 from all of my electronic devices.

10. To the best of my knowledge, as of August 30, 2024, I did not have possession of any other copies of the Musical Work, in any form.

11. To the best of my knowledge, as of the date of this declaration, I do not have possession of any other copies of the Musical Work, in any form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on   Sep 13, 2024

                                            *Martin Shkreli*
Martin Shkreli