

**Meredith Lloyd, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 646.971.0685 e meredith@bochner.law w bochner.law

September 13, 2024

<u>Via ECF</u>

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *PleasrDAO v. Shkreli* **(1:24-cv-04126-PKC-MMH)**
            **Request for Oral Argument on Defendant's Motion to Dismiss**

Dear Judge Chen:

      This firm is counsel to Defendant Martin Shkreli ("Defendant") in the above-referenced matter and hereby submits this letter pursuant to Rule 3(E) of Your Honor's Individual Practices and Rules requesting oral argument on Defendant's Motion to Dismiss Plaintiff PleasrDAO's Complaint.

      We thank the Court for its time and consideration in this matter.

                                           Respectfully submitted,

                                           */s/ Meredith Lloyd*
                                           Erik Dykema, Esq.
                                           Edward Paltzik, Esq.
                                           Serge Krimnus, Esq.
                                           Meredith Lloyd, Esq. (*pro hac vice*)

                                           *Attorneys for Defendant*