

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 18, 2024

**By CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

> **Re:** *PleasrDAO v. Shkreli*, Case No. 1:24-cv-04126 – Request to Extend Motion to Dismiss Briefing Deadlines

Dear Judge Chen:

We represent Plaintiff PleasrDAO in the above-referenced action. We write, with the consent of Defendant Martin Shkreli, and pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice, to respectfully request an adjournment of the hearing scheduled for November 5, 2024 regarding Defendant's copying and distribution of the Album's tracks. November 5 is Election Day and Plaintiff's counsel has related obligations that day. The parties are available on November 20, 2024 and December 12, 2024 and request that the Court adjourn the hearing to one of these days, or a later date at the Court's convenience.

This is the first time either party has requested an adjournment for this hearing under Rule 1(F) of Your Honor's Individual Rules of Practice. The adjournment will not impact any other deadlines set by the Court for this matter.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

SC:rc

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON