

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 25, 2024

**By CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

**Re:** *PleasrDAO v. Shkreli*, Case No. 1:24-cv-04126 – Service of Plaintiff's Opposition to Defendant's Motion to Dismiss

Dear Judge Chen:

We represent Plaintiff PleasrDAO in the above-referenced action. We submit this letter pursuant to Rule 3(D) of Your Honor's Individual Rules of Practice to confirm service on Defendant Martin Shkreli of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

SC:rc