IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PleasrDAO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Martin Shkreli,<br><br>　　　　　Defendant | Civ. No.: 1:24-cv-04126-PKC<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendant Martin Shkreli ("Defendant"), by and through its undersigned attorneys, shall appear before the Honorable Pamela K. Chen of the United States District Court for the Eastern District of New York, and move the Court to dismiss Plaintiff PleasrDAO's Complaint [ECF 1] for failure to state a claim upon which relief can be granted and failure to join necessary parties to this action under Fed. R. Civ. P. 12.

**PLEASE TAKE FURTHER NOTICE** that in support of the above-described motion, Defendant will rely upon the accompanying Memorandum in Support and all pleadings, memoranda, and exhibits thereto on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Date: September 13, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Erik Dykema*
　　　　　　　　　　　　　　　　　　　　　　　Edward A. Paltizk, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Erik Dykema, Esq.

Serge Krimnus, Esq.
Meredith Lloyd, Esq. (*pro hac vice*)
**BOCHNER PLLC**
1040 Avenue of the Americas, 15th Fl.
New York, New York 10018
(516) 526-0341
edward@bochner.law
erik@bochner.law
serge@bochner.law
meredith@bochner.law

*Attorneys for Martin Shkreli*