IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PleasrDAO,<br><br>        Plaintiff,<br><br>v.<br><br>Martin Shkreli,<br><br>        Defendant | Civ. No.: 1:24-cv-04126-PKC |

**PROPOSED ORDER**

This matter having been opened to the Court upon an application by Defendant Martin Shkreli ("Defendant"), for the entry of an Order dismissing all Counts of Plaintiff PleasrDAO's ("Plaintiff") Complaint, [ECF No. 1] and Defendant having provided Plaintiff with notice of the motion and supporting documentation; and the Court having considered the parties' submissions as well as the arguments of counsel, if any; and good cause having been shown:

**IT IS**, on the _____ day of _____ 2024,

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

_____
Honorable Pamela K. Chen
United States District Judge