

**Meredith Lloyd, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e meredith@bochner.law w bochner.law

January 15, 2025

**Via CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

  **Re:**  *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126**
     **Response to Plaintiff's Letter in Support of Contempt Motion [ECF 50]**

Dear Judge Chen;

  This firm continues to represent Defendant Martin Shkreli in the above-captioned action. Pursuant to this Court's December 10, 2024 Order, we respectfully submit this letter and the attached declaration in response to Plaintiff's Letter In Support of Contempt Motion, [ECF 50].

  The attached declaration, filed as a redacted document, contains a comprehensive list of every recipient of all or part of the Musical Work from Mr. Shkreli, with contact information for those individuals. *See generally, Exhibit A*. It also confirms that Mr. Shkreli has conducted additional searches as requested by Plaintiff, and confirms each date that Mr. Shkreli publicly played any part of the Musical Work on the internet, further identifying which parts of the Musical Work were shared on each occasion.

  We believe this filing resolves all issues identified in Plaintiff's Letter In Support of Contempt Motion, and we thank the Court for its attention to this matter.

               Respectfully Submitted,

               */s/ Meredith Lloyd*
               Erik Dykema, Esq.
               Edward Paltzik, Esq.
               Serge Krimnus, Esq.
               Meredith Lloyd, Esq. (*pro hac vice*)

               *Attorneys for Defendant*