

**Edward A. Paltzik**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 646.971.0685 e edward@bochner.law w bochner.law

February 4, 2025

**Via CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

    Re:    *PleasrDAO v. Shkreli*, Case No. 1:24-cv-04126
              **Response to Court Order Requiring Additional Declaration**

Dear Judge Chen;

    This firm continues to represent Defendant Martin Shkreli in the above-captioned action. Pursuant to this Court's January 21, 2025 Order, we respectfully submit this letter and the attached declaration.

    The attached declaration, filed as a redacted document, contains a comprehensive list of every recipient of all or part of the Musical Work from Mr. Shkreli, with contact information for those individuals and dates of transmission. *See generally, Exhibit A.*

    We thank the Court for its attention to this matter.

                                                                                  Respectfully Submitted,

                                                                                 */s/ Edward A. Paltzik*
                                                                                 Edward Paltzik, Esq.
                                                                                 Erik Dykema, Esq.
                                                                                 Serge Krimnus, Esq.
                                                                                 Meredith Lloyd, Esq. (*pro hac vice*)

                                                                                 *Attorneys for Defendant*