IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| PleasrDAO, | |
|---|---|
| Plaintiff | Case No. 1-24-cv-04126-PKC-MMH |
| v. | |
| Martin Shkreli, | |
| Defendant | |

I, Martin Shkreli, hereby certify and state under penalty of perjury as follows:

1. I am the Defendant in the above-captioned action.

2. I submit this declaration in response to the Court's Order entered on January 21, 2025, which requires that I file this affidavit stating (1) the dates of transmission of *Once Upon a Time in Shaolin* (the "Musical Work") to the nine individual recipients identified in my former declaration [ECF 51]; (2) a comprehensive list of every person to whom I may have distributed any or all of the tracks of the Musical Work; and (3) contact information for the above-identified individuals.

3. The following is a comprehensive list of every person to whom I may have personally given a copy of any part of the Musical Work, including updated contact information and the dates of transmission to the best of my recollection:

| Recipient (Name) | Method of transmission | Contact Information | Date of Transmission |
|---|---|---|---|
| Taylor Emerick | Email or Text Message | ▮▮▮▮▮▮▮▮▮▮ | August 2022 |
| Michael Smith | Email | Unknown- Defendant searched for emails with Pyros | October 2015 |

1

| | | Pharmaceuticals, Mr. Smith's last known employer, which returned no results. Mr. Smith's current email address is believed to be ███████████████ | |
|---|---|---|---|
| Edwin Urrutia | Email | ███████████████ | October 2015 |
| Patrick Crutcher | Email | Unknown- Defendant searched for emails with AlmataBio, Mr. Crutcher's last known employer, which returned no results. Mr. Crutcher's current email address is believed to be ███████████████ | October 2015 |
| Akeel Mithani | Email | ███████████████ | N/A, *see* ¶ 5 below |
| Sophia Fox | Email | Unknown- Defendant no longer has contact information for Ms. Fox as their relationship has ended. | Between October 2015 and September 2017, the exact date is unknown. |
| Stephen Thomas | Email | Unknown- Defendant searched for emails with AlmataBio, Mr. Thomas's last known employer, which returned no results. Mr. Thomas's current email address is believed to be ███████████████ | October 2015 |
| Alexander J. Bilzerian | Email | ███████████████ | July 31, 2023 |

| Kevin Mulleady | Physical copy (USB flash drive) | ████████████ | October 2015 |

4. For the avoidance of doubt, this declaration names all of the individuals with whom I may have directly shared the Musical Work. It is possible that the individuals listed above may have further disseminated the Musical Work to others.

5. I recently contacted Akeel Mithani and asked that he confirm whether he received a copy of the Musical Work from me. Mr. Mithani responded on February 2, 2025, and confirmed that he has not received a copy of any track of the Musical Work from me.

6. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on Feb 4, 2025.

*Martin Shkreli*
box SIGN   17JQ85P9-4Y2ZJWZY
Martin Shkreli

*Defendant*

3