# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PLEASRDAO, an exempted foundation company,

        Plaintiff,

Case No.: 1:24-cv-4126-PKC-MMH

-against-

MARTIN SHKRELI,

        Defendant.

------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Serge Krimnus, Esq., dated September 30, 2025, Serge Krimnus, Esq. shall move this Court, before the before the Hon. Pamela K. Chen, United States District Judge, at the United States Courthouse for the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East Brooklyn New York 11201, Courtroom 4F, at a date and time to be determined by the Court, for an Order, pursuant to Local Rule 1.4, relieving Serge Krimnus, Esq. and Bochner PLLC as counsel of record to Defendant Martin Shkreli, together with such other and further relief as this Court may deem just and proper.

Dated: September 30, 2025  
      New York, New York

Respectfully Submitted,

By: */s/ Serge Krimnus*  
Serge Krimnus, Esq.  
BOCHNER PLLC  
1040 Avenue of the Americas, 15th Floor  
New York, NY 10018  
(646) 971-0685  
serge@bochner.law

*Attorneys for Defendant*

1