IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PLEASRDAO, an exempted foundation company,

        Plaintiff,

   -against-

MARTIN SHKRELI,

        Defendant.
------------------------------------------------------------X

Case No.: 1:24-cv-4126-PKC-MMH

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant Martin Shkreli ("Defendant") filed by Serge Krimnus, Esq. in the captioned case is **GRANTED**, and Serge Krimnus, Esq. together with Bochner PLLC, is withdrawn as counsel of record for Defendant.

    **IT IS SO ORDERED**.

Dated: _____, 2025

                                                HON. PAMELA K. CHEN

                                                U.S. DISTRICT JUDGE