IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PLEASRDAO, an exempted foundation company,

                Plaintiff,

  -against-

MARTIN SHKRELI,

                Defendant.
------------------------------------------------------------X

Case No.: 1:24-cv-4126-PKC-MMH

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 1.4, I certify that, on September 30, 2025, a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel for Defendant Martin Shkreli ("Defendant"), Affirmation of Serge Krimnus, Esq. in Support of Motion to Withdraw as Counsel, and Proposed Order was served on all counsel of record by filing same via CM/ECF. I further certify that, on September 30, 2025, a true and correct copy of the foregoing was also served on Defendant via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September 2025, at New York, New York

By:   */s/ Serge Krimnus*
      Serge Krimnus, Esq.
      BOCHNER PLLC
      1040 Avenue of the Americas, 15th Floor
      New York, NY 10019
      (646) 971-0685
      serge@bochner.law
      *Attorneys for Defendant*