AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| PleasrDAO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:2024-cv-04126 |
| Martin Shkreli | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Martin Shkreli (admitted pro hac vice)

Date: 02/02/2026

/s/ Meredith Lloyd
*Attorney's signature*

Meredith Lloyd, Ohio Bar No. 102173
*Printed name and bar number*

Taylor Dykema PLLC
914 E 25th Street
Houston, TX 77009
*Address*

meredith@taylordykema.com
*E-mail address*

6145574107
*Telephone number*

*FAX number*

Print    Save As...    Reset