**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
PleasrDAO,

                Plaintiff,

    -against-

Martin Shkreli,

                Defendant.
---------------------------------------------------------x
Martin Shkreli,

                Counterclaim Plaintiff,

    -against-

PleasrDAO, Robert Diggs, and
Tarik Azzougarh,

                Counterclaim Defendants.
---------------------------------------------------------x

Case No.: 24-CV-4126 (PKC) (MMH)

JURY TRIAL DEMANDED

**SUMMONS IN A CIVIL ACTION**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Counterclaim Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Counterclaim Plaintiff or Counterclaim Plaintiff's attorney, whose name and address are:

      Edward A. Paltzik          edward@taylordykema.com
      Taylor Dykema, PLLC      Tel. 516-526-0341
      914 E 25th Street
      Houston, TX 77009

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                            Brenna B. Mahoney

Date: _____

                                                              _____