**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PleasrDAO,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin Shkreli,<br><br>    Defendant<br><hr>Martin Shkreli,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>PleasrDAO, Robert Diggs*, and<br>Tarik Azzougarh*,<br><br>    Counterclaim Defendants | Case No.: 1:24-cv-04126-PKC-MMH<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT'S MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that Defendant Martin Shkreli ("Defendant"), by and through

its undersigned attorneys, shall appear before the Honorable Pamela K. Chen of the United States

District Court for the Eastern District of New York, and move the Court to reconsider its February

6, 2026 and February 11, 2026 Text Orders terminating Plaintiff Martin Shkreli's Counterclaims

against Counterclaim Defendants Robert Diggs and Tarik Azzougarh.

*Currently Terminated Counterclaim Defendants

**PLEASE TAKE FURTHER NOTICE** that in support of the above-described motion, Defendant will rely upon the accompanying Memorandum in Support and all pleadings, memoranda, and exhibits thereto on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Date: February 17, 2026

Respectfully Submitted,

By:  */s/ Edward A. Paltzik*
Edward A. Paltizk, Esq.
Erik Dykema, Esq.
Meredith Lloyd, Esq. (*pro hac vice*)
**Taylor Dykema, PLLC**
914 E 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
erik@taylordykema.com
meredith@taylordykema.com

*Attorneys for Martin Shkreli*