**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PleasrDAO,<br><br>        Plaintiff,<br><br>    v.<br><br>Martin Shkreli,<br><br>        Defendant<br><br>Martin Shkreli,<br><br>        Counterclaim Plaintiff,<br><br>    v.<br><br>PleasrDAO, Robert Diggs*, and Tarik Azzougarh*,<br><br>        Counterclaim Defendants | Case No.: 1:24-cv-04126-PKC-MMH |

**PROPOSED ORDER**

This matter having been opened to the Court upon an application by Defendant Martin Shkreli ("Defendant"), for the entry of an Order reconsidering and vacating its Text Orders dated February 6, 2026 and February 11, 2026; and Defendant having provided Plaintiff and this Court with notice of the motion and supporting documentation; and the Court having considered the parties' submissions as well as the arguments of counsel, if any; and good cause having been shown:

1

*Currently terminated Counterclaim Defendants

**IT IS**, on the _____ day of _____ 2026,

**ORDERED** that Defendant's Motion for Reconsideration is hereby **GRANTED**, the February 6, 2026 and February 11, 2026 Text Orders are vacated, and the Clerk is respectfully directed to re-instate Robert Diggs and Tarik Azzougarh as Counterclaim Defendants in this case.

_____

Honorable Pamela K. Chen
United States District Judge

2

\*Currently terminated Counterclaim Defendants