

Edward Andrew Paltzik<br>
Attorney<br>
Direct: 516-526-0341<br>
edward@taylordykema.com<br>
<br>
Erik Dykema<br>
Attorney<br>
Direct: 917-670-9843<br>
erik@taylordykema.com<br>
<br>
Meredith Lloyd<br>
Attorney<br>
Direct: 614-557-4107<br>
meredith@taylordykema.com

February 17, 2026

VIA ECF

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***PleasrDAO v. Shkreli*** **(1:24-cv-04126-PKC-MMH)**
**Request for Oral Argument on Defendant's Motion for Reconsideration**

Dear Judge Chen:

    This firm is counsel to Defendant Martin Shkreli ("Defendant") in the above-referenced matter and hereby submits this letter pursuant to Rule 3(E) of Your Honor's Individual Practices and Rules requesting oral argument on Defendant's Motion to Reconsider this Court's Text Orders terminating Counterclaim Defendants Robert Diggs and Tarik Azzougarh.

    Further, we respectfully submit that Meredith Lloyd, an attorney with less than five years' experience, will present Defendant's position at oral argument.

    We thank the Court for its time and consideration in this matter.

Respectfully submitted,

Hon. Pamela K. Chen, United States District Judge
*PleasrDAO v. Shkreli,* Case No. 1:24-cv-04126
February 17, 2026

                        */s/ Edward A. Paltzik*
                        Edward A. Paltzik, Esq.
                        Erik Dykema, Esq.
                        Meredith Lloyd, Esq. (*pro hac vice*)

                        *Attorneys for Defendant*

