AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| PleasrDAO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  1-24-cv-04126 PKC-MMH |
| Martin Shkreli | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Robert Diggs, Tarik Azzougarh | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Robert Diggs
12 Mustang Lane
Bell Canyon, CA 91307

A lawsuit has been filed against defendant ___Martin Shkreli___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___PleasrDAO___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Edward A. Paltzik, Esq., Taylor Dykema PLLC
914 E 25th Street, Houston TX 77009
edward@taylordykema.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Cooper, Reed Smith LLP
599 Lexington Avenue, New York, NY 10022
scooper@reedsmith.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: ___2/18/2026___



**BRENNA B. MAHONEY**
*CLERK OF COURT*

s/M. Royer
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  1-24-cv-04126

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Add Attachment    Reset