AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

<table>
<tr><td>PleasrDAO<br><i>Plaintiff</i></td><td>)<br>)</td><td rowspan="4"></td></tr>
<tr><td>v.</td><td>)<br>)</td></tr>
<tr><td>Martin Shkreli<br><i>Defendant, Third-party plaintiff</i></td><td>)<br>)</td></tr>
<tr><td>v.<br>Robert Diggs, Tarik Azzougarh<br><i>Third-party defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

Civil Action  No.  1-24-cv-04126 PKC-MMH

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Tarik Azzougarh
D12 Residence Atlas, Ave. Mohamed VI,
40000 Marrakech, Morocco

A lawsuit has been filed against defendant ___Martin Shkreli___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___PleasrDAO___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Edward A. Paltzik, Esq., Taylor Dykema PLLC
914 E 25th Street, Houston TX 77009
edward@taylordykema.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Cooper, Reed Smith LLP
599 Lexington Avenue, New York, NY 10022
scooper@reedsmith.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  2/18/2026



BRENNA B. MAHONEY
*CLERK OF COURT*

s/ M. Royer
_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  1-24-cv-04126

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|