

**Steven Cooper**
Direct Phone:  +1 212 205 6027
Email:  scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 5, 2026

**By CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

**Re:**  *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126 – Request to Extend Deadlines**

Dear Judge Chen:

We represent Plaintiff PleasrDAO in the above-referenced action.  We write, with the consent of Defendant Martin Shkreli, and pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice, to respectfully request an extension to the deadlines set forth in the Court's February 24, 2026 Order regarding Plaintiff's forthcoming motion to dismiss Defendant's Counterclaims (the "**Motion**").

Under that order, Plaintiff's deadline to serve the Motion is March 10, 2026, Defendant's deadline to serve an opposition to the Motion (the "**Opposition**") is March 24, 2026, and Plaintiff's deadline to serve a reply in support of the Motion (the "**Reply**") is due on March 31, 2026. We request an extension with proposed new deadlines of March 24, 2026 for the Motion, April 14, 2026 for the Opposition, and April 28, 2026 for the Reply.

This is the first time the Parties have requested an extension of time for these deadlines.  The extension will not impact any other deadlines set by the Court for this matter.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON