UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PleasrDAO,

                    Plaintiff,

      v.

Martin Shkreli,

                    Defendant.
---------------------------------------------------------------x
Martin Shkreli,

                    Counterclaimant,

      v.

PleasrDAO, Robert Diggs, and Tarik Azzougarh,

                    Counterclaim Defendants.
---------------------------------------------------------------x
Martin Shkreli,

                      Third-Party Plaintiff,

      v.

Robert Diggs and Tarik Azzougarh,

                    Third-Party Defendants.
---------------------------------------------------------------x

**RECEIVER'S NOTICE OF ORDER FOR TURNOVER**

No. 1:24-cv-4126-PKC-MMH

      **TAKE NOTICE** that pursuant to the Order for Turnover and Appointment of Receiver dated and entered August 16, 2021 by the United States District Court for the Southern District of New York (SDNY ECF No. 120) in the pending action entitled *Thomas P. Koestler v. Martin Shkreli* [*Derek C. Abbott, Receiver*], No. 1:16-cv-07175-DLC (U.S.D.C.-S.D.N.Y. filed Sept. 14,

2016) (the "SDNY Action" and "SDNY Order" respectively),[1] Derek C. Abbott was appointed as receiver (the "Receiver") for the purpose of marshaling the assets of defendant Martin Shkreli (the "Judgment Debtor") in order to satisfy a judgment in the pre-interest amount of $2,614,930 (SDNY ECF No. 22 in the SDNY Action) (the "Judgment"), which remains unsatisfied.

**TAKE FURTHER NOTICE** that pursuant to the SDNY Order, until the Judgment Debtor has satisfied in full his obligations under the Judgment, any and all assets and/or property of the Judgment Debtor shall be turned over in full and without setoff to the Receiver and held until further order of the Court in the SDNY Action and not returned to the Judgment Debtor until such further order of the Court in the SDNY Action.

**TAKE FURTHER NOTICE** that the full principal amount of the Judgment, together with certain accrued interest, remains outstanding.

**TAKE FURTHER NOTICE** that the filing of this notice shall not constitute an appearance on the part of the Receiver in this action.

Dated: March 11, 2026
       New York, New York

**HALPERIN BATTAGLIA BENZIJA, LLP**

By: _/s/ Scott A. Ziluck_____
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Scott A. Ziluck
Email: sziluck@halperinlaw.net

*Counsel to Receiver Derek C. Abbott in SDNY Action*

---

[1] Copy of SDNY Order annexed as Exhibit A.