# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PleasrDAO,** **Plaintiff,** v. **Martin Shkreli,** **Defendant** **Martin Shkreli,** **Counterclaim Plaintiff,** V. **PleasrDAO, Robert Diggs\*, and Tarik Azzougarh\*,** **Counterclaim Defendant** **Martin Shkreli,** **Third-Party Plaintiff,** v. **Robert Diggs and Tarik Azzougarh,** **Third-Party Defendants** | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-04126-PKC-MMH |

## AFFIDAVIT OF SERVICE

ALLYSON OZOJIE, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New Jersey.That on March 14, 2026, at 11:57 am at 149 Springfield Ave, Newark, NJ 07103-3037, Deponent served the within THIRD PARTY COMPLAINT, SUMMONS ISSUED AS TO ROBERT DIGGS, EXHIBIT B- ANSWER AND COUNTERCLAIMS, EXHIBIT A - VERIFIED COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Robert Diggs (hereinafter referred to as "subject") by workplace substituted service by leaving the above documents with Kendu (refused last name) who is the Security Guard to Servee and of suitable age and discretion.

Additional Description:

I saw Tarik and Robert but they wouldn't let me come close to them, I told Tarik I have legal documents for him and Robert, they directed me to their security, that he is the one that handles legal documents. I spoke to the security guy Kendu of storm security. He said they were expecting the documents and that he understands what it is.

My perception of the description of the individual served is as follows:

Black or African American Male, est. age 45-54, glasses: N, Black hair, 200 lbs to 220 lbs, 6' to 6' 3".

Geolocation of Serve: https://google.com/maps?q=40.735045,-74.18377

Photograph: See Exhibit 1

Total Cost: $235.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

/s/ *ALLYSON OZOJIE*

Executed in

_____
Signature

Union County
_____ ,
Server Name: ALLYSON OZOJIE

___NJ___ on ___3/16/2026___ .

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Robert Diggs:

Date / Time: March 13, 2026 6:13 pm
Address: 149 Springfield Ave, Newark, NJ 07103-3037
Geolocation: https://google.com/maps?q=40.73508,-74.1838133333
Description: I spoke with a building employee. They stated that the subject is not here yet, I also went inside to check the attendees. Security men. No additional contacts were made.

Date / Time: March 13, 2026 8:18 pm
Address: 149 Springfield Ave, Newark, NJ 07103-3037
Geolocation: https://google.com/maps?q=40.7349166667,-74.1838916667
Description: No contact was made at the service address. Observed no relevant details during this attempt. No sighting of subject.



Exhibit 1a)



Exhibit 1b)