# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

| | |
|---|---|
| **Martin Shkreli** | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-04126-PKC-MMH |
| | ) |
| **Robert Diggs, Tarik Azzougarh et al.** | ) |
| ———————————————— | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

ALLYSON OZOJIE, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New Jersey.That on March 14, 2026, at 11:55 am at 149 Springfield Ave, Newark, NJ 07103-3037, Deponent served the within THIRD PARTY COMPLAINT, Exhibit B, Exhibit A, SUMMONS ON A THIRD-PARTY COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Tarik Azzougarh (hereinafter referred to as "subject") by workplace substituted service by leaving the above documents at the place of business of Tarik Azzougarh with Kendu Doe (refused full name) who is the Storm Security and of suitable age and discretion.

Additional Description:
I saw Tarik and Robert but they wouldn't let me come close to them, I told Tarik I have legal documents for him and Robert, they directed me to their security, that he is the one that handles legal documents. I spoke to the security guard,  Kendu of Storm Security. He said they were expecting the documents and that he understands what it is.
My perception of the description of the individual served is as follows:
Black or African American Male, est. age 45-54, glasses: N, Black hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.7350702555,-74.1837700924
Photograph: See Exhibit 1

Total Cost: $235.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative

reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

/s/ *ALLYSON OZOJIE*

Executed in

_Middlesex County_                    ,

_NJ_      on    _3/16/2026_    .

Signature
Server Name: ALLYSON OZOJIE

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Tarik Azzougarh:

Date / Time: March 13, 2026 6:09 pm
Address: 149 Springfield Ave, Newark, NJ 07103-3037
Geolocation: https://google.com/maps?q=40.7347716667,-74.1834866667
Description: I spoke with a building employee. They stated that the subject is not here yet, I also went inside to check the attendees. A lot of security men. No additional contacts were made.

Date / Time: March 13, 2026 8:17 pm
Address: 149 Springfield Ave, Newark, NJ 07103-3037
Geolocation: https://google.com/maps?q=40.7349166667,-74.1838916667
Description: No contact was made at the service address. Observed no relevant details during this attempt. No sighting of subject.



Exhibit 1a)



Exhibit 1b)