

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 31, 2026

**By EMAIL/ECF**

Edward Paltzik, Esq.
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Edward@taylordykema.com

**Re:** *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126**

Dear Counsel:

We represent PleasrDAO ("**Pleasr**") in the above-captioned action and write pursuant to Rule 3(D) of Judge Chen's Individual Practices and Rules to confirm service of Pleasr's Notice of Motion and Memorandum of Law in support of Pleasr's Motion to Dismiss the Counterclaims (the "**Motion**"). Pursuant to the Parties' March 24, 2026 stipulation, which is annexed to this letter as Exhibit 1, the Parties have agreed that Pleasr may serve its Motion on March 31, 2026 and that Mr. Shkreli may file an opposition brief on April 21, 2026. All parties will file their moving papers on April 28, 2026, consistent with the Court's February 24, 2026 briefing schedule.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

Cc:     All counsel of record (through ECF)