

**TAYLOR DYKEMA**

**Taylor Dykema PLLC**

Meredith Lloyd
Attorney
meredith@taylordykema.com

April 21, 2026

**VIA ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *PleasrDAO v. Shkreli* **(1:24-cv-04126= PKC-MMH)**
<u>Service of Shkreli's Opposition to PleasrDAO's Motion to Dismiss Counterclaims</u>

Your Honor:

This firm is counsel to Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Martin Shkreli in the above-captioned matter. We submit this letter pursuant to Rule 3(D) of Your Honor's Individual Practices and Rules confirming electronic service of Shkreli's Opposition to PleasrDAO's Motion to Dismiss the Counterclaims.

We thank the Court for its attention to this matter.

Respectfully Submitted,
*/s/ Meredith Lloyd*
Edward Andrew Paltzik, Esq.
Erik Dykema, Esq.
Meredith Lloyd, Esq. (*pro hac vice*)

*Counsel for Martin Shkreli*

CC: All Counsel of Record (via ECF)