

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 28, 2026

**By CM/ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

**Re:** *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126**

Dear Judge Chen:

We represent Plaintiff PleasrDAO ("**Pleasr**") in the above-referenced action. We write, with the consent of Defendant Martin Shkreli ("**Shkreli**") and pursuant to the Court's April 21, 2026 Order, to propose the following briefing schedule for Pleasr's Motion to Dismiss the Third-Party Complaint:

- Pleasr will serve its Motion to Dismiss by **May 15, 2026**;

- Shkreli will serve his response to Pleasr's Motion to Dismiss by **May 29, 2026**; and

- Pleasr will serve its reply, and the parties will file their completed briefs, by **June 5, 2026**.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

cc: Counsel of Record (via ECF)