

**Driving progress**
**through partnership**

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 15, 2026

**By EMAIL/ECF**

Edward Paltzik, Esq.
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Edward@taylordykema.com

**Re:** *PleasrDAO v. Shkreli*, **Case No. 1:24-cv-04126 (E.D.N.Y.)**

Dear Counsel:

We represent PleasrDAO ("**Pleasr**") in the above-captioned action and write pursuant to Rule 3(D) of Judge Chen's Individual Practices and Rules to confirm service of Pleasr's Notice of Motion and Memorandum of Law in support of Pleasr's Motion to Dismiss the Third-Party Complaint (ECF 67).

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper

Cc:    All counsel of record (through ECF)