

## TAYLOR DYKEMA

May 29, 2026

VIA ECF

Hon. Pamala K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. NY 11201

Re: PleasrDAO v. Shkreli, (1:24-cv-04126-PKC-MMH)
Service of Opposition to PleasrDAO's Motion to Dismiss Third-Party Complaint

Dear Judge Chen,

This firm is counsel to Martin Shkreli in the above-captioned matter. We submit this letter pursuant to Rule 3(D) of Your Honor's Individual Practices and Rules confirming service of Shkreli's Opposition to PleasrDAO's Motion to Dismiss.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
Erik Dykema, Esq.
Meredith Lloyd, Esq (*pro hac vice*)
Taylor Dykema, PLLC
914 E 25th Street
Houston, TX 77009
516-526-0341

erik@taylordykema.com
edward@taylordykema.com
meredith@taylordykema.com

*Attorneys for Martin Shkreli*