**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PleasrDAO, an exempted foundation company,<br><br>*Plaintiff,*<br><br>v.<br><br>Martin Shkreli,<br><br>*Defendant.* | |
| Martin Shkreli,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>PleasrDAO,<br><br>*Counterclaim Defendant.* | Case No. 24-cv-04126 (PKC) (MMH)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**<u>NOTICE OF PLEASRDAO'S<br>MOTION TO DISMISS MARTIN<br>SHKRELI'S THIRD-PARTY<br>COMPLAINT</u>** |
| Martin Shkreli,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>Robert Diggs and Tarik Azzougarh,<br><br>*Third-Party Defendants.* | |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, letter regarding service, and all prior pleadings and proceedings in this matter, plaintiff PleasrDAO shall appear before the Honorable Pamela K. Chen of the United States District Court for the Eastern District of New York and move before the Court for an order dismissing defendant Martin Shkreli's Third-Party Complaint against Robert Diggs and Tarik Azzougarh (ECF 67) pursuant to Federal Rules of Civil Procedure 12(b)(6) and 14, as well as such other and further relief the Court may deem proper.

Dated: May 15, 2026

Respectfully Submitted,

/s/ Steven Cooper

Steven Cooper
Robert Carnes (*pro hac vice*)
REED SMITH LLP
599 Lexington Ave., 22nd Floor
New York, New York 10022
Tel. 212-521-5400
Fax. 212-521-5250

*Attorneys for PleasrDAO*